IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MGM RESTAURANTS, INC., and<br>WWRS INC., d/b/a MAZZIO'S,<br><br>        Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   No. CIV-12-485-W<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), Plaintiffs, MGM Restaurants, Inc., and WWRS Inc., d/b/a Mazzio's, hereby stipulate that this action and all claims herein are dismissed with prejudice as to Defendant, Philadelphia Indemnity Insurance Company[1]. Each party is to pay its own attorneys fees and costs as may have been incurred and are due in this action.

---

[1] Philadelphia Indemnity Insurance Company has not entered an appearance in this matter; thus, it is not necessary that Philadelphia Indemnity Insurance Company join in this Dismissal. Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii).

Respectfully submitted,

s/ Amy R. Steele
Kayce L. Gisinger, OBA No. 12674
Amy R. Steele, OBA No. 20344
ABOWITZ, TIMBERLAKE, DAHNKE
   & GISINGER, P.C.
P. O. Box 1937
Oklahoma City, OK   73101
Telephone:   (405) 236-4645
Facsimile:   (405) 239-2843
E-Mail:   klg@abowitzlaw.com
              ars@abowitzlaw.com
              mainmail@abowitzlaw.com
**Attorneys for Plaintiffs,
MGM Restaurants, Inc. and
WWRS Inc., d/b/a Mazzios**